IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 15

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00857-BNB

RONN STERLING,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, and
RON WILEY, Warden,

    Defendants.

### MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's request for clarification of the amount of the filing fee for this action, which he makes in a letter to the court filed on May 12, 2006, is GRANTED. The filing fee for a civil action was increased on April 9, 2006, to $350.00.

Dated: May 15, 2006

Copies of this Minute Order were mailed on May 15, 2006, to the following:

Ronn Sterling
Reg. No. 04119-043
USP - MAX
P.O. Box 8500
Florence, CO 81226

                                    Secretary/Deputy Clerk