IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 9 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00857-WDM-CBS

RONN STERLING,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, and
RON WILEY, Warden,

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: 6/28/06

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00857-WDM-CBS

Ronn Sterling
Reg. No. 32571-013
ADX – Florence
PO Box 8500
Florence, CO 81226

R. Wiley – WAIVER*
c/o Christopher B. Synsvoll
Attorney Advisor
DELIVERED ELECTRONICALLY

Harley G. Lappin, Director- CERTIFIED
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20534

United States Attorney General - CERTIFIED
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
DELIVERED ELECTRONICALLY

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Chris Synsvoll for process of service on R. Wiley and to Harley G. Lappin and the United States Attorney General via certified mail: COMPLAINT FILED 5/5/06, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 6/29/06    .

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk