IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00857-WDM-CBS

RONN STERLING,
    Plaintiff,
v.

FEDERAL BUREAU OF PRISONS, and
RON WILEY, Warden,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Sterling's "Motion for Leave to Amend Complaint" (filed October 11, 2006) (doc. # 26). Pursuant to the Order of Reference dated June 26, 2006 (doc. # 9) and the memorandum dated October 11, 2006 (doc. # 27), the Motion was referred to the Magistrate Judge. The court has reviewed the Motion, the entire case file, and the applicable law and is sufficiently advised in the premises.

    Sterling seeks to amend his "Prisoner Complaint" to add a sentence to his "Claim One, number six (# 6)" and to add a request for punitive damages. "A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. . . ." Fed. R. Civ. P. 15(a). Here, no responsive pleading has been filed. *See* Fed. R. Civ. P. 7(a). Accordingly,

    IT IS ORDERED that Sterling's "Motion for Leave to Amend Complaint" (filed October 11, 2006) (doc. # 26) is GRANTED. Sterling's Prisoner Complaint (doc. # 3) remains the operative Complaint, with the inclusion of the additions described in Sterling's "Motion for Leave to Amend Complaint" (doc. # 26).

DATED at Denver, Colorado, this 13th day of October, 2006.

BY THE COURT:


*s/Craig B. Shaffer*
United States Magistrate Judge