IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00857-WDM-CBS

RONN STERLING,
    Plaintiff,
v.

FEDERAL BUREAU OF PRISONS, and
RON WILEY, Warden,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on "Defendants' Motion to Dismiss" (filed October 10, 2006) (doc. # 24).  Pursuant to the Order of Reference dated June 26, 2006 (doc. # 9) and the memorandum dated October 11, 2006 (doc. # 25), Defendants' Motion was referred to the Magistrate Judge.

    Sterling has not filed any response to Defendants' Motion.  Pursuant to the Local Rules of Practice of the United States District Court for the District of Colorado, D.C. COLO. LCivR 7.1 C., Sterling's response to Defendants' Motion was due "20 days after the filing date of the motion, or such lesser or greater time as the court may allow . . . ."

    The court now **ORDERS that Sterling may file any response he has to "Defendants' Motion to Dismiss" on or before January 16, 2007**.

    DATED at Denver, Colorado, this 26th day of December, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge

1