IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00857-WDM-CBS

RONN STERLING,
    Plaintiff,
v.

FEDERAL BUREAU OF PRISONS, and
RON WILEY, Warden,
    Defendants.
_____

ORDER TO SUPPLEMENT MAY 25, 2007 RECOMMENDATION
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on the Recommendation of United States Magistrate Judge dated May 25, 2007 (doc. # 41). The court indicated in footnote 3 of the Recommendation that it had attached three unpublished cases to the Recommendation. However, those three cases were in fact not attached to the Recommendation. Accordingly, the court hereby attaches the three unpublished cases to this Order as a supplement to the Recommendation.

    DATED at Denver, Colorado, this 5th day of June, 2007.

                                    BY THE COURT:

                                       s/Craig B. Shaffer
                                       United States Magistrate Judge