IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-00857-WDM-CBS

RONN STERLING,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS and RON WILEY, Warden,

    Defendants.

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE

Miller, J.

This case is before me on the recommendation of Magistrate Judge Craig B. Shaffer (doc no. 41) that Defendants' Motion to Dismiss (doc no 24) be granted. Plaintiff did not file an objection to the recommendation and therefore is not entitled to *de novo* review. 28 U.S.C. § 636(b).[1]  For the reasons set forth below, I accept Magistrate Judge Shaffer's recommendation.

I have reviewed the pertinent portions of the record in this case, including the amended complaint, the motion to dismiss and Plaintiff's response, and the

---

[1] Plaintiff filed a letter to the Court (doc no 47), which generally asserted that the recommendation was in error. The letter was not filed within the ten-day time period for serving objections and is therefore untimely. In addition, it contains no specific allegations of error but rather simply generally asserts that the amended complaint should not be dismissed. Plaintiff reiterates his request that counsel be appointed. To the extent the letter should be construed as an appeal of the Magistrate Judge's order (doc no 44) denying Plaintiff's motion for appointment of counsel, it is denied.

recommendation. Plaintiff's complaint is based on 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388 (1971) and asserts that the denial of radios in the administrative detention unit is a violation of his constitutional rights. Magistrate Judge Shaffer determined that Plaintiff's complaint should be dismissed because: (1) a prisoner may not bring a *Bivens* claim against the Bureau of Prisons: (2) Plaintiff has no liberty interest in having a radio, and Defendant Wiley's prohibition does not impose an atypical and significant hardship under governing case law; (3) there is a rational basis for permitting radios in the general population unit but prohibiting them in the administrative detention unit, thus precluding Plaintiff's equal protection claim; (4) Defendant Wiley would be entitled to qualified immunity; (5) Plaintiff is not entitled to a writ of mandamus because, *inter alia*, BOP regulations concerning prisoner use of radios vest Defendant Wiley with discretion. I have reviewed the legal authorities relied on by Magistrate Judge Shaffer and discern no error.

Accordingly, it is ordered:

1. The recommendation of Magistrate Judge Craig B. Shaffer (doc no. 41) is accepted. Defendants' Motion to Dismiss (doc no 24) is granted.

2. Plaintiff's amended complaint is dismissed with prejudice.

DATED at Denver, Colorado, on July 9, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge